JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS GUILLERMO MARTINEZ, | ) | NO. CV 19-9810-KS |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| NEIL MCDOWELL, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 28, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE